# United States District Court
## Southern District of Georgia

Mae Hill
_____
Plaintiff

v.

Merck & Co., Inc.
_____
Defendant

Case No. CV205-108

Appearing on behalf of

Plaintiff
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR83.4 admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED.**

This __1st__ day of __June__, 2005.

FILED
U.S. DIST. COURT
BRUNSWICK DIV.
2005 JUN -1 A 10: 26
S. DIST. OF GA.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE
***

| | |
|---|---|
| **NAME OF PETITIONER:** | Stephanie J. Hartley |
| **Business Address:** | Spohrer, Wilner, Maxwell & Matthews, P.A. |
| | Firm/Business Name |
| | 701 West Adams Street |
| | Street Address |

| Suite 2 | Jacksonville | FL | 32204 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

Mailing Address (if other than street address)

| Address Line 2 | City, State, Zip |
|---|---|
| (904) 354-8310 | |
| Telephone Number (w/ area code) | Georgia Bar Number |